UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
LAURA DEVORE

CASE NO: 22-49111-MAR
CHAPTER 13
JUDGE MARK A RANDON

Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I have mailed by United States Postal Service a copy of a Payment Order to the following non-ECF participants:

Motor City Casino
Attn Payroll
2901 Grand River Avenue
Detroit MI 48201

Laura Devore
8735 Mercedes Street
Dearborn Heights, MI 48127

Office of the Chapter 13 Standing Trustee

Dated: December 13, 2022

/s/ Donna Howard
Donna Howard
For Chapter 13 Standing Trustee
Krispen S. Carroll
719 Griswold, Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com