UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| In re: | ) | |
|---|---|---|
| Laura Devore, | ) | Case No: 22-49111 MAR |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Mark A. Randon |
| | ) | |

ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned Morgan I. Marcus of the law firm of Carlson Dash, LLC, attorneys for Wintrust Mortgage, a division of Barrington Bank & Trust Co., N.A., a creditor and party-in-interest herein hereby enters his appearance in the above-named case on behalf of such creditor. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 and Bankruptcy Code § 1109(b), I request that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

Morgan I. Marcus
Carlson Dash, LLC
216 S. Jefferson Street, Suite 504
Chicago, IL 60661
Tel: (312) 648-6213
E-mail: mmarcus@carlsondash.com

Dated: February 3, 2023     By:    /s/ Morgan I. Marcus
                                   Morgan I. Marcus
                                   Carlson Dash, LLC
                                   216 S. Jefferson Street, Suite 504
                                   Chicago, IL 60661
                                   Tel: (312) 648-6213
                                   mmarcus@carlsondash.com