# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | |
|     Laura Devore, | ) | Case No: 22-49111 MAR |
| | ) | Chapter 13 |
|     Debtor. | ) | Judge Mark A. Randon |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that true and accurate copy of the ***Entry of Appearance and Request For Service*** was served electronically, or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the U.S. Mail on February 3, 2023, before the hour of 5:00 p.m.

**Electronic Mail Notice List**

- Krispen S. Carroll      notice@det13ksc.com
- William D. Johnson      filing@acclaimlegalservices.com, alsfiling@gmail.com; Billr55374@notify.bestcase.com
- Brian D. Rodriguez      filing@acclaimlegalservices.com, alsfiling@gmail.com;BrianR55374@notify.bestcase.com

**Manual Notice List**

Laura Devore
8735 Mercedes Street
Dearborn Heights, MI 48127


Dated: February 3, 2023          By:   /s/ Morgan I. Marcus
                                                                          Morgan I. Marcus
                                                                          Carlson Dash, LLC
                                                                          216 S. Jefferson Street, Suite 504
                                                                          Chicago, IL 60661
                                                                          Tel: (312) 648-6213
                                                                          mmarcus@carlsondash.com